IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
ERICKA DENISE KELLAM,            :
                                 :
          Petitioner,            :
                                 :
     v.                          :      1:21-cr-117-3
                                 :      1:22-cv-582
UNITED STATES OF AMERICA,        :
                                 :
          Respondent.            :
```

### ORDER

This matter is before the court for review of the Memorandum Opinion and Recommendation ("Recommendation") filed on July 8, 2025, by the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b), (Doc. 116). The Recommendation was served on the parties in this action on July 8, 2025. (Doc. 117.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 116), is **ADOPTED. IT IS FURTHER ORDERED** that Petitioner's the Section 2255 Motion, (Doc. 98), is **DENIED.**

The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction

nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 25th day of August, 2025.

                                                 _/s/ William L. Osteen, Jr._
                                                     United States District Judge